AO 91 (Rev 8/01) Criminal Complaint

United States Courts
Southern District of Texas
FILED

November 12, 2018

David J. Bradley, Clerk of Court

# United States District Court

SOUTHERN DISTRICT OF TEXAS

McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Jose Isidro Ramirez-Tejeda

IAE  YOB: 1983
El Salvador
(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

Case Number: M-18-2342-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __November 11, 2018__ in __Starr__ County, in the __Southern__ District of __Texas__

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to El Salvador in pursuance of law, and thereafter was found near Rio Grande City, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)
I further state that I am a(n) __Senior Patrol Agent__ and that this complaint is based on the following facts:

Jose Isidro Ramirez-Tejeda was encountered by Border Patrol Agents near Rio Grande City, Texas on November 11, 2018. The investigating Agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on November 11, 2018 near Rio Grande City, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on January 26, 2016, through Laredo, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On August 3, 2015, the Defendant was convicted of 8 USC 1326 Being found in the United States after previous deportation and was sentenced to time served.

I declare under penalty of perjury that the statements in this complaint are true and correct. Executed on November 12, 2018.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr. P. 4.1, and probable cause found on:

Sworn to before me and subscribed in my presence,

November 12, 2018

Scott J. Hacker , U.S. Magistrate Judge
Name and Title of Judicial Officer

/S/ Mickel A. Gonzalez
Signature of Complainant

Mickel A. Gonzalez    Senior Patrol Agent

Signature of Judicial Officer